J. J. DEES, *Plaintiff in Error,* vs. J. M. GORNTO, AS RE-
CEIVER OF THE CITIZENS BANK OF MAYO, A CORPORATION,
*Defendant in Error.*

### Division B.

### Decision Filed June 16, 1924.

A Writ of Error to the Circuit Court for Lafayette
County, M. F. Horne, Judge.

*W. P. Chavous,* for Plaintiff in Error;

*Hal W. Adams,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment herein, and briefs and argument of counsel
for the respective parties, and the record having been seen
and inspected, and the Court now being advised of its
judgment to be given in the premises, it seems to the
Court that there is no error in the said judgment; it is,
therefore, considered, ordered and adjudged by the Court
that the said judgment of the Circuit Court be, and the
same is hereby affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., Concur.